UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>WANDER CARABALLO PACHE and<br>CANDELARIO MARTINEZ,<br><br>                          Defendants. | 21 Cr. 675 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for an arraignment on November 16, 2021, at 12:00 p.m.  The conference will proceed via videoconference, with instructions for accessing the videoconference to be provided separately.  The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 715-628-738.

    SO ORDERED.

Dated:  November 5, 2021
           New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge