

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

By ECF

December 30, 2021

Hon. Katherine Polk Failla
United States Courthouse
Room 618
40 Foley Square
New York, NY 10007



**Request for Pre-Trial Conference Adjournment**
*U.S. v. Caraballo Pache, et al., 21-CR-675 (KPF)*

Dear Judge Failla:

      We write to a request a brief adjournment of the upcoming pre-trial conference in *U.S. v. Caraballo Pache, et al.*, 21-CR-675 (KPF), which is currently scheduled for January 5, 2022. Due to technical issues, and through no fault of either side, there was a delay in receiving some of the discovery from the government on behalf of Mr. Martinez. As such, we ask that the Court postpone the upcoming pre-trial conference in order to allow counsel for Mr. Martinez to review those materials.

      We have conferred with counsel for the government and counsel for Mr. Pache, and both consent to this request. All parties are available on the morning of January 28, 2022, if that date works for the Court, to reschedule the pretrial conference. I have also confirmed that both defendants consent to the exclusion of time before the rescheduled conference in the interests of justice.

      Respectfully submitted,

/s/ Marisa Taney
Marisa Taney

*Counsel to Candelario Martinez*

cc:    Thomas Burnett
        Assistant United States Attorney (*via ECF*)

        John Signorello
        Counsel to Wander Caraballo Pache (*via ECF*)

Application GRANTED. The pretrial conference currently scheduled for January 5, 2022, is hereby ADJOURNED to January 28, 2022, at 11:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court has also been apprised that both defendants consent to the exclusion of time under the Speedy Trial Act. Therefore, it is further ORDERED that time is excluded under the Speedy Trial Act between January 5, 2022, and January 28, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Date:     December 30, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE