UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>WANDER CARABALLO PACHE,<br><br>Defendant. | 21 Cr. 675 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties have advised the Court that they wish to adjourn the upcoming motion conference. Accordingly, the conference presently scheduled for June 24, 2022, is hereby ADJOURNED to **July 29, 2022, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court will entertain a request for the exclusion of time under the Speedy Trial Act should the parties file such an application.

SO ORDERED.

Dated: June 21, 2022
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge