UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>WANDER CARABALLO PACHE,<br><br>Defendant. | 21 Cr. 675 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court has learned that the Government and Mr. Pache have reached a tentative plea agreement. Accordingly, the parties are ORDERED to appear for a change of plea hearing on July 20, 2022, at 2:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated: July 13, 2022
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge